ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 3 1 2006
U.S. COURT OF FEDERAL CLAIMS

**TAKOTA CORPORATION**
**3017 Palm Springs Way**
**Las Vegas, NV 89102**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**SERVE: Attorney In Charge of Litigation**
**U.S. Department of Justice**
**Civil Division**
**Commercial Litigation Branch**
**1100 L Street, N.W., 8th Floor**
**Washington, D.C. 20530**

**Defendant.**

No. 06-553 C

**DISCLOSURE STATEMENT**

Plaintiff, Takota Corporation, by the undersigned counsel, files this Disclosure Statement pursuant to RCFC 7.1(a). Takota Corporation declares that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Dated: July 31, 2006

Robert J. Symon by [signature]

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
(202) 393-7150 (phone)
(202) 347-1684 (facsimile)

Attorney for Plaintiff
TAKOTA CORPORATION

#4069

Of Counsel:

Eric A. Frechtel
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
(202) 393-7150 (phone)
(202) 347-1684 (facsimile)