IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAKOTA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-553C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian S. Smith as attorney of record for the United States. Although official service is to occur via the ECF system, defendant's counsel's phone, fax and email information appears below and his mailing address is:

Brian S. Smith, Attorney
United States Department of Justice
Commercial Litigation Branch, Civil Division
1100 L Street, NW
Washington, D.C. 20005

Attention: Classification Unit
8th Floor, "L" Street Building

s/Brian S. Smith
Brian S. Smith, Attorney
Commercial Litigation Branch
Civil Division
(202) 616-0391
FAX #(202) 353-7988
Email: brian.smith@usdoj.gov

August 14, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on August 14, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith