IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAKOTA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-553C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 31 days, to and including October 30, 2006, within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is currently due on September 29, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Upon receipt of the complaint, defendant's counsel promptly forwarded it to the United States Navy for review and assistance. United States Navy personnel are actively assembling the necessary information for a litigation report which will enable defendant’s counsel to accurately assess the legal and factual issues in the case, and to prepare an appropriate response to plaintiff’s complaint. The enlargement is necessary for the United States Navy to complete its task and transmit the appropriate information to defendant’s counsel who will in turn respond to plaintiff’s complaint, obtain supervisory review, and

file it.

For the foregoing reasons, we respectfully request the Court to grant our unopposed motion for an enlargement of time of 31 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

September 28, 2006

August 14, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on August 14, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith