IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAKOTA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-553C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to plaintiff's complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

2. The allegations contained in paragraph 2 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

3. Denies the allegations contained in paragraph 3 for lack of knowledge or information sufficient to form a belief as to their truth.

4. The allegations contained in paragraph 4 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

5. Admits the allegations contained in paragraph 5 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Admits the allegations contained in paragraph 6 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. The allegations in paragraph 7 are plaintiff's characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

8. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

9. Admits the allegations contained in paragraph 9 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 9.

10. Admits the allegations contained in paragraph 10 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 10.

11. The allegations contained in paragraph 11 are characterizations of plaintiff's case and/or a conclusions of law

to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

12. Admits the allegations contained in paragraph 12 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 12.

13. The allegations in paragraph 7 are plaintiff's characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are Admitted to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 13.

14. Admits the allegations contained in paragraph 14 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 14.

15. Admits the allegations contained in paragraph 15 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 15.

16. Admits the allegations contained in paragraph 16 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 16.

17. The allegations contained in paragraph 17 are

characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

18. Denies that plaintiff is entitled to any of the relief requested in the prayer for; to attorney fees and costs; and to any other relief whatsoever.

19. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that plaintiff's complaint be dismissed and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

October 27, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on October 27, 2006, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith