# In the United States Court of Federal Claims

No. 06-553C
(Filed: January 3, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The parties shall file a Joint Preliminary Status Report on or before February 9, 2007. The court will schedule a telephonic status conference at that time.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge