**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TAKOTA CORPORATION<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 06-553 C<br>(Judge Bruggink) |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16 and Appendix A, Rules of the United States Court of Federal Claims, the parties submit the following Joint Preliminary Status Report in response to questions set forth in paragraph III(4) of Appendix A.

a. Jurisdiction:

The parties currently perceive no jurisdictional defects in this case.

b. Consolidation:

The parties do not believe that this case should be consolidated with any other case.

c. Bifurcation:

The parties do not believe that the trial of liability and quantum should be bifurcated. Plaintiff has drafted a termination for convenience settlement proposal for Defendant to review concurrently with the termination litigation. Plaintiff anticipates delivering that proposal to Defendant by February 28, 2007. The parties agree that , in the event that a DCAA audit is required on the settlement proposal and such audit has not been completed by the date of trial, then the trial shall be bifurcated and trial on quantum, if required, shall be rescheduled by the Court.



5/5594.1

d. Deferral:

The parties know of no reason to defer proceedings in this case pending consideration of any other case presently before the Court.

e. Remand/Suspension:

See response to item c, above.

f. Joinder:

The parties do not believe any other party will be joined.

g. Dispositive Motions:

The parties do not anticipate filing dispositive motions prior to the completion of discovery but may reassess the filing of dispositive motions during the discovery period.

h. Relevant Issues:

l. Whether the Government legitimately terminated Takota's construction contract for default.

2. If the Government did not legitimately terminate Takota's contract for default, what is the appropriate measure and amount of damages for termination for convenience costs to which the plaintiff is entitled.

i. Settlement:

The parties will conduct settlement negotiations, and will discuss the possibility of submitting this case for alternative dispute resolution as discovery proceeds. If the parties agree to pursue alternative dispute resolution, we will notify the Court promptly.

j. Trial:

Both parties anticipate proceeding toward trial should discovery reveal that dispositive motions, ADR, or settlement are inappropriate. The parties recommend that trial should be held in Washington, DC.

k. Electronic Case Management:

The parties are aware of the Court's electronic case management procedures and will comply with them. In addition, the parties will cooperate with regard to the use of electronic document management techniques where possible.

l. Other Information:

There is no other information of which the Court should be made aware at this time.

Discovery:

The parties request a discovery period of at least six months, commencing with the approval of this joint preliminary status report. The parties propose that any expert reports be due 70 days before the end of the discovery period, with expert depositions to take place thereafter. The parties agree that discovery on the damages portion of the dispute shall remain open until 90 days following issuance of a DCAA audit, or for a longer period if mutually agreed to so that Defendant has the opportunity to conduct additional discovery on quantum issues it deems necessary. The parties also propose that they file a joint status report proposing further proceedings within 30 days after the close of discovery.

Dated: February 9, 2007

Respectfully submitted,

s/Robert J. Symon

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
(202) 393-7150 (phone)
(202) 347-1684 (facsimile)

Attorney for Plaintiff
TAKOTA CORPORATION

Of Counsel:

Eric A. Frechtel
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
(202) 393-7150 (phone)
(202) 347-1684 (facsimile)

PETER D. KEISLER
Assistant Attorney
General

JEANNE E. DAVIDSON
Acting Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation
Branch
Civil Division
Department of Justice
Attention:
Classification Unit
1100 L St. NW
Washington, D.C. 20530
Tele: (202) 616-0391
Attorneys for Defendant