# In the United States Court of Federal Claims

No. 06-553C
(Filed: February 27, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A telephonic status conference will be held Friday, March 2, 2007, 3:00 p.m. eastern to discuss the parties' Joint Preliminary Status Report. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge