# In the United States Court of Federal Claims

No. 06-553C
(Filed: March 2, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the joint preliminary status conference of March 2, 2007, the court hereby adopts the following discovery schedule:

1. Deadline for Completion of Fact Discovery June 1, 2007

2. Deadline for Export Disclosures June 22, 2007

3. Close of All Discovery September 4, 2007

Additionally, discovery relating to the damages portion of the dispute shall remain open until 90 days following the issuance of the DCAA audit report. The court will convene a telephonic status conference approximately one month before the close of all discovery.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge