# In the United States Court of Federal Claims

No. 06-553C
(Filed: May 3, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiff's unopposed Motion for Enlargement of the fact discovery period is hereby granted. The court's discovery scheduling order of March 2, 2007 is amended to extend the deadline for the completion of fact discovery from June 1, 2007 to August 1, 2007. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge