# In the United States Court of Federal Claims

No. 06-553C
(Filed: August 8, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A telephonic status conference will be held Tuesday, October 9, 2007, at 10:00 a.m. eastern. The call will originate from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge