**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TAKOTA CORPORATION<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 06-553 C<br>(Judge Bruggink) |

MOTION FOR ENLARGEMENT

NOW COMES Plaintiff Takota Corporation, by counsel, and moves the Court for an enlargement of the fact discovery period in the above-captioned matter until October 30, 2007, and in support thereof respectfully states:

1. Despite the best efforts of counsel for Plaintiff and Defendant to schedule deposition dates and document production in this matter, travel and trial schedules have prevented counsel from accomplishing all fact discovery as originally contemplated by counsel and the Court.

2. Counsel for both parties have attempted in good faith to comply with the Court's amended schedule requiring fact discovery to be completed by August 1, 2007, but have not been able to coordinate schedules so as to insure completion of discovery by that date.

3. Counsel believes that an additional extension of the fact discovery completion date until October 30, 2007 will be required in order to complete fact discovery.

4. Counsel for Defendant has indicated his assent to the filing of this Motion.

WHEREFORE, Plaintiff respectfully requests the Court amend its Discovery Order to provide for an extension of fact discovery, such discovery to be concluded by October 30, 2007.

Dated: August 30, 2007

Respectfully submitted,

s/Robert J. Symon

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
(202) 393-7150 (phone)
(202) 347-1684 (facsimile)

Attorney for Plaintiff
TAKOTA CORPORATION

Of Counsel:

Eric A. Frechtel
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
(202) 393-7150 (phone)
(202) 347-1684 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August 2007, a true and correct copy of the foregoing Plaintiff's Motion for Enlargement was served by electronic delivery to:

Brian S. Smith, Esq.
U.S. Department of Justice
1100 L St., NW
Washington, DC 20005
E-mail: Brian.Smith@usdoj.gov

*Counsel for the United States*

/s Robert J. Symon
ROBERT J. SYMON
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036
(202) 393-7150

Counsel of Record for Plaintiff
TAKOTA CORPORATION



5/6747.1