# In the United States Court of Federal Claims

No. 06-553C
(Filed: August 31, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiff's unopposed Motion for Enlargement of the fact discovery period is hereby granted. Fact discovery is due by October 30, 2007. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge