IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TAKOTA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-553C<br>(Senior Judge Bruggink) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Jane C. Dempsey, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jane C. Dempsey
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12138
Washington, D.C. 20530
Phone: (202) 353-0897
Fax: (202) 307-0972
Email: Jane.Dempsey@usdoj.gov

Attention: Classification Unit
8th Floor

s/Jane C. Dempsey
Jane C. Dempsey
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: September 17, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 17th day of September, 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jane C. Dempsey