IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAKOTA CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-553C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 30 days, to and including November 29, 2007, within which to conduct fact discovery. The current deadline for completion of fact discovery is October 30, 2007. This is our first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, Robert J. Symon, and was informed that plaintiff does not object to this motion for enlargement of time.

This case was recently transferred to Defendant's counsel from Brian S. Smith, who is departing from the Department of Justice. Following the transfer of the case, Defendant's counsel familiarized herself with the case and believes that, although counsel for both parties have attempted in good faith to comply with the Court's amended discovery schedule, an additional extension of the fact discovery completion date until November 29, 2007 will be required in order to complete fact discovery.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 30 days, to and including November 29, 2007, in which to complete fact discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee____________
Bryant G. Snee
Deputy Director

s/Jane C. Dempsey___________
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

September 25, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th of September 2007, a copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time was served by electronic delivery to:

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
rsymon@bradleyarant.com

/s/ Jane C. Dempsey