# In the United States Court of Federal Claims

No. 06-553C
(Filed: November 13, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the telephonic status conference on November 13, 2007, fact discovery shall be completed by January 31, 2008. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge