IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAKOTA CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-553C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 60 days, to and including March 31, 2008, within which to conduct fact discovery. The current deadline for completion of fact discovery is January 31, 2008. This is our second request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, and was informed that plaintiff does not object to this motion for enlargement of time.

Additional time to conduct discovery is needed because Plaintiff has failed to produce any documents or responses in response to Defendant's discovery requests, which were served on Plaintiff's counsel on September 25, 2007. Plaintiff's counsel has indicated that Defendant will produce documents and responses by January 28, 2008. Defendant's counsel will then need additional time to review the produced documents and responses, and, if necessary, conduct additional discovery.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 60 days, to and including March 31, 2008, in which to complete fact discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee____________
Bryant G. Snee
Deputy Director

s/Jane C. Dempsey___________
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

January 23, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd of January, 2008, a copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time was served by electronic delivery to:

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
rsymon@bradleyarant.com

/s/ Jane C. Dempsey