# In the United States Court of Federal Claims

No. 06-553C
(Filed: January 23, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant's January 23, 2008 unopposed motion for an enlargement of the fact discovery period is hereby granted. Fact discovery is due by March 31, 2008. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge