IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAKOTA CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-553C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 90 days, to and including June 30, 2008, within which to conduct fact discovery. The current deadline for completion of fact discovery is March 31, 2008. This is our third request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, and was informed that plaintiff does not object to this motion for enlargement of time.

Plaintiff did not respond to defendant's interrogatories until January 30, 2008, and did not produce documents until February 8, 2008. Defendant had served these discovery requests upon plaintiff's counsel on September 25, 2007. Defendant's counsel therefore needs additional time to review the recently produced documents and responses and conduct depositions.

Moreover, defendant has retained an expert witness to testify regarding whether a differing site condition existed at the project site and, if one, in fact did exist, whether it impacted plaintiff's ability to complete the project as specified. Time is needed to allow

the government's expert witness to prepare an expert report, for the defendant to make all necessary disclosures to plaintiff, and for plaintiff's counsel to conduct a deposition of the expert witness.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 90 days, to and including June 30, 2008, within which to complete fact discovery.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee____________
Bryant G. Snee
Deputy Director

s/Jane C. Dempsey____________
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

March 13, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2008, a copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time was served by electronic delivery to:

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
rsymon@bradleyarant.com

/s/ Jane C. Dempsey