IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAKOTA CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-553C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 45 days, to and including August 14, 2008, within which to conduct fact discovery. The current deadline for completion of fact discovery is June 30, 2008. This is our fourth request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, and was informed that plaintiff does not object to this motion for enlargement of time.

Defendant recently retained an expert witness to testify regarding whether a differing site condition existed at the project site and, if one, in fact did exist, whether it impacted plaintiff's ability to complete the project as specified. Additional time is needed for defendant's expert witness to prepare his expert report, for the defendant to make all necessary disclosures to plaintiff, and for plaintiff's counsel to conduct a deposition of the expert witness.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 45 days, to and including August 14, 2008, within which to complete fact discovery.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Bryant G. Snee
Bryant G. Snee
Deputy Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

May 2, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of May, 2008, a copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time was served by electronic delivery to:

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
rsymon@bradleyarant.com

/s/ Jane C. Dempsey