IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAKOTA CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-553C<br>(Senior Judge Bruggink) |

**DEFENDANT'S MOTION TO**
**<u>STAY DISCOVERY ON BEHALF OF THE PARTIES</u>**

Defendant, on behalf of the parties, respectfully requests that the Court stay discovery, including expert analysis and report, until this Court rules upon plaintiff's motion for partial summary judgment, which was filed on May 2, 2008. Defendant's response to plaintiff's motion is due to be filed on June 2, 2008, at which time defendant may file a cross-motion for summary judgment. Plaintiff's counsel has reviewed this motion and authorizes counsel to state that plaintiff joins in this request.

The Court's summary judgment decision will affect whether further discovery, including defendant's expert witness disclosures, will be required, and whether and to what extent any further proceedings are necessary at all. This Court's decision may also result in the parties' decision to settle the dispute or to consider an alternative dispute resolution.

For these reasons, the parties request that the Court stay discovery until it has issued a summary judgment ruling. After the Court has issued a ruling, the parties will file a joint status report within ten days, advising the Court on how the parties plan to proceed.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee____________
Bryant G. Snee
Deputy Director

s/Jane C. Dempsey___________
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

May 19, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May 2008, a copy of the foregoing Defendant's Motion to Stay Discovery on Behalf of the Parties was served by electronic delivery to:

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
rsymon@bradleyarant.com

/s/ Jane C. Dempsey