IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAKOTA CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-553C<br>(Senior Judge Bruggink) |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**AN ENLARGMENT OF TIME TO RESPOND TO PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 20 days, to and including June 23, 2008, within which to respond to plaintiff's motion for partial summary judgment. The current deadline for the response is June 2, 2008. This is our first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, and was informed that plaintiff does not object to this motion for enlargement of time.

Additional time is necessary for defendant's counsel to coordinate with agency counsel regarding the appropriate response, to draft and revise the response, and to obtain mandatory supervisory review of the brief. The defendant may file a cross-motion for summary judgment along with its response, and needs more time to develop its legal arguments. Finally, business travel as well as work on other matters will prevent defendant's counsel from preparing the response within the current schedule.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 20 days, to and including June 23, 2008, within which to respond to plaintiff's motion for partial summary judgment.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Bryant G. Snee
Bryant G. Snee
Deputy Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

May 21, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May, 2008, a copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time was served by electronic delivery to:

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
rsymon@bradleyarant.com

/s/ Jane C. Dempsey