# In the United States Court of Federal Claims

No. 06-553C
(Filed: May 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pending is defendant's May 19, 2008 motion to stay discovery until the court rules upon plaintiff's motion for partial summary judgment. The motion is granted. The parties shall file a joint status report within 10 days of the court's ruling on plaintiff's motion for partial summary judgment. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge