IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAKOTA CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-553C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO FILE A CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 30 days, to and including July 23, 2008, within which to respond to plaintiff's motion for partial summary judgment. The current deadline for the response is June 23, 2008. This is our second request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, and was informed that plaintiff consents only to a seven day extension of time until June 30, 2008.

Additional time is necessary for defendant's counsel to coordinate with agency counsel regarding the appropriate response, to draft a cross-motion for summary judgment, and to obtain mandatory supervisory review of the brief. We had indicated in our first motion for enlargement of time, and had informed plaintiff's counsel, of the possibility that we may file a cross-motion for summary judgment. In the process of analyzing the facts and researching the law, we made the decision to file this cross-motion with our response to plaintiff's motion for summary judgment because the facts

and issues are intimately tied with one another. Filing this cross-motion simultaneously with our response will also aid the Court in the efficient administration of justice by allowing it to consider concurrently all inter-related arguments and facts.

Moreover, work on other matters will prevent undersigned counsel from completing defendant's response and cross-motion by June 23, 2008. Such work includes: (1) producing documents in Barahura v. United States, Ct. Fed. Cl. 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, by June 20, 2008; (2) drafting an appellate brief in Zhejiang Native Produce & Animal By-Products Import and Export Group Corp. v. United States, Ct. Int'l Trade 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, by July 10, 2008; (3) drafting an informal brief in Morrissey v. United States, Fed. Cir. 154-F08-432, by July 3, 2008; and (4) drafting a response to a motion in limine in SSA Marine, Inc. v. United States, Ct. Fed. Cl. 154-05-490, by June 30, 2008.

Accordingly, we respectfully request that the Court grant defendant's motion for an enlargement of time of 30 days, to and including July 23, 2008, within which to respond to plaintiff's motion for partial summary judgment.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

June 20, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2008, a copy of the foregoing Defendant's Motion for an Enlargement of Time was served by electronic delivery to:

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
rsymon@bradleyarant.com

/s/ Jane C. Dempsey