# In the United States Court of Federal Claims

No. 06-553C
(Filed: June 25, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's motion for an enlargement of time to respond to plaintiff's motion for partial summary judgment and to file a cross-motion for summary judgment. That motion is granted for good cause shown. Defendant shall file its response/cross-motion on or before Wednesday, July 23, 2008. No further extensions of time to file the response/cross-motion will be granted absent extraordinary cause. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge