IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAKOTA CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 06-553C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF MANUAL FILING**

The defendant, the United States, hereby notices that the Defendant's Appendix to its Proposed Findings of Uncontroverted Fact has been filed manually in this matter. The Defendant's Appendix is voluminous and contains documents, specifically contract drawings, that are irregularly sized.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

July 23, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2008, a copy of the foregoing Notice of Manual Filing was served by electronic delivery to:

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
rsymon@bradleyarant.com

/s/ Jane C. Dempsey