**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TAKOTA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-553 |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED CROSS MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT AND PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Defendant, the United States, respectfully requests that the Court grant us leave to file an amended motion for summary judgment and response to plaintiff's partial motion for summary judgment and an amended proposed findings of uncontroverted fact. Upon a discussion with plaintiff's counsel on July 28, 2008 regarding our argument that the defendant properly terminated plaintiff for default based upon fraud, which we asserted in our original brief, we carefully reviewed our brief and concluded that certain necessary facts in support of our argument had not been articulated.

Given this, we respectfully request that the Court permit us to file this amended brief and findings of uncontroverted fact to clarify and support the Government's position. Specifically, we wish to revise findings of uncontroverted fact numbers 12, 27, 44, and 48, and add finding of uncontroverted fact number 22a, all of which provide factual support for our argument regarding proper default termination based upon fraud. We wish to add two documents, which correspond with the revisions to the revised findings of uncontroverted fact: (1) "Response to Defendant's First Set of Interrogatories," dated January 29, 2008, attached as DA Tab 68; and (2) Takota's

"Application and Certificate for Payment #1," dated October 4, 2005, attached as DA Tab 69. The revised findings of uncontroverted fact are discussed in our Argument Section II.B. of our revised motion, which is entitled "Takota's Fraudulent Conduct."

We sincerely regret any confusion and inconvenience caused by the omission of these supporting facts in the brief as it was originally filed. Counsel for plaintiff, Takota Corporation, has indicated that they oppose this motion.

For these reasons, we respectfully request that the Court permit us to submit the attached amended versions of our motion for summary judgment and response to plaintiff's partial motion for summary judgment and our proposed findings of uncontroverted fact.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney

U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

August 5, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August, 2008, copies of the foregoing"MOTION TO FILE AMENDED CROSS MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT AND PROPOSED FINDINGS OF UNCONTROVERTED FACT" was served by electronic delivery to:

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
rsymon@bradleyarant.com

/s/ Jane C. Dempsey