# In the United States Court of Federal Claims

No. 06-553C
(Filed: August 15, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic conference shall be held on Wednesday, August 20, 2008 at 10:00 a.m EST. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge