# In the United States Court of Federal Claims

No. 06-553C
(Filed: August 20, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
TAKOTA CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephonic conference held today, defendant shall file an amended answer on or before Wednesday, August 27, 2008. Upon receiving defendant's amended answer, the court will rule on defendant's Motion for Leave to File Amended Cross-Motion for Summary Judgment.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge